U.S. Department of Justice
Executive Office for United States Attorneys
U.S. Attorneys

| Name of Defendant: Pamela Kohlheim | Address: City, State and Zip Code): Unknown |
|---|---|
| Date of Birth: xx/xx/1970 | Occupation: Unknown |
| Name of Defendant's Attorney: Unknown | Address of Defendant's Attorney: |
| Name of U.S. Attorney: Gail J. Hoffman | |

| Has warrant been issued? No | When? | By Whom? | When? |
|---|---|---|---|
| Has warrant been executed? No | When? | Where? | |
| Has defendant appeared before a Magistrate? No | When? | Who? | |
| Is the defendant in custody? No | Where? | | |

Pretrial Scheduling Conference Necessary?  ☐ YES  ☒ NO

| Issue: WARRANT XX | SUMMONS | NOTICE | MISDEMEANOR | FELONY XX |
|---|---|---|---|---|

Milwaukee Case ☒          Green Bay Case ☐

Minor Offense

Petty Offense

Arraignment & plea before:          Judge:          Magistrate:

(The above information to be furnished in duplicate (1 copy for file and 1 copy for Marshal with 2 conformed copies of indictment and/or information of defendant))

# THE ABOVE INFORMATION TO BE FURNISHED IF KNOWN

Charge: 18 U.S.C. § 152(3). Maximum penalties: 5 years' imprisonment;$250,000 fine, or both; up to 3 years' SR; mandatory $100 SA; 18 U.S.C. § 152(1) 5 years' imprisonment;$250,000 fine, or both; up to 3 years' SR; mandatory $100 SA

Agency/Agent:    S/A Dan Hargreaves, Federal Bureau of Investigation

OCDETF:,    No

U.S. Department of Justice
Executive Office for United States Attorneys
U.S. Attorneys

| Name of Defendant: Willie Kohlheim, Jr. | Address: City, State and Zip Code: Milwaukee, Wisconsin |
|---|---|
| Date of Birth: xx/xx/1966 | Occupation: Unknown |
| Name of Defendant's Attorney: Unknown | Address of Defendant's Attorney: |
| Name of U.S. Attorney: Gail J. Hoffman | |
| Has warrant been issued? No | When? By Whom? When? |
| Has warrant been executed? No | When? Where? |
| Has defendant appeared before a Magistrate? No | When? Who? |
| Is the defendant in custody? No | Where? |
| Pretrial Scheduling Conference Necessary? | ☐ YES   ☒ NO |

| Issue: WARRANT | SUMMONS XX | NOTICE | MISDEMEANOR | FELONY XX |
|---|---|---|---|---|

Milwaukee Case ☒    Green Bay Case ☐

| Minor Offense |
|---|
| Petty Offense |
| Arraignment & plea before:   Judge:   Magistrate: |

(The above information to be furnished in duplicate (1 copy for file and 1 copy for Marshal with 2 conformed copies of indictment and/or information of defendant))

## THE ABOVE INFORMATION TO BE FURNISHED IF KNOWN

**Charge:** 18 U.S.C. § 152(3). Maximum penalties: 5 years' imprisonment; $250,000 fine, or both; up to 3 years' SR; mandatory $100 SA; 18 U.S.C. § 152(1) 5 years' imprisonment; $250,000 fine, or both; up to 3 years' SR; mandatory $100 SA

**Agency/Agent:** S/A Dan Hargreaves, Federal Bureau of Investigation

**OCDETF:,** No